# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| HOLLI TELFORD LUNDAHL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 4:23-CV-632-O |
| | § | |
| WARDEN MICHAEL SMITH, et al. | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Holli Telford Lundahl, are **DISMISSED** for want of prosecution.

**SO ORDERED** this **24th day** of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1